# In the United States Court of Federal Claims

| | | |
|---|---|---|
| ANTHONY J. BROOKS,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>No. 03-2470<br><br><br><br>Judge Wolski |

PLAINTIFF'S RESPONSE TO
MOTION FOR ENLARGEMENT

Plaintiff has no objection to the schedule set forth in defendant's Motion for an Enlargement of Time. The procedure seems more complicated than necessary, since defendant filed a privilege log following the first remand without these complications.

As defendant notes, the Court previously observed that the agency should "particularly search for the types of documents described in" our May 27, 2006 email. On the understanding that the interpretation in the first full paragraph on page two of the motion does not mean the search itself will be narrower than our email request, but only that some documents found in that search may lie outside what defendant believes to be the proper parameters of the administrative record, we do not object to the procedure proposed, which preserves Mr. Brooks's right to dispute any submission by defendant as to what should or should not have been included in the supplemental administrative record filed after the latest remand.

Respectfully submitted,

**s/ Eugene R. Fidell**

Eugene R. Fidell
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202) 466-8960 tel
(202) 293-8103 fax
efidell@feldesmantucker.com

*Attorney of Record for Plaintiff*

*Of Counsel*:

Matthew S. Freedus

September 20, 2006

Certificate of Filing

I hereby certify that on this 20th day of September, 2006, a copy of the foregoing Response to Motion for Enlargement was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Eugene R. Fidell