# In the United States Court of Federal Claims

No. 03-2470C
(Filed September 22, 2006)

* * * * * * * * * * * * * * * * * * * * *
**ANTHONY J. BROOKS,** *
Plaintiff, *
v. *
**THE UNITED STATES,** *
Defendant. *
* * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed defendant's unopposed motion to modify the Court's September 6, 2006 Order and request for an enlargement of time in which to file the privilege log. The motion is hereby **GRANTED**. Defendant shall file the privilege log on or by **September 22, 2006**. Defendant shall provide plaintiff's counsel with copies of the documents it believes are unprivileged but not properly a part of the administrative record on or by **September 29, 2006**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge