IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANTHONY J. BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2470C |
| | ) | (Judge Wolski) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF FILING OF PRIVILEGE LOG NO. 2

I hereby certify under penalty of perjury that on this day of September 22, 2006, the attached privilege log was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder

# DEFENDANT'S PRIVILEGE LOG NO. 2

| No. | Date | Author | Recipient (s) | Privilege | Description |
|---|---|---|---|---|---|
| 1 | Various | Dan Clutch, Executive Secretary, Board for Correction | Lisa Flynn, HHS/OGC (cc: Denise Canton, Elizalde David (HHS)) | Attorney-Client; Attorney Work Product<br><br>(Document post decision of Board and therefore not part of Adm. Rec.) | Transmittal email discussing scheduling issue and documents being transmitted to Ms. Flynn. Attachments: (1) May 18, 2006 letter from John F. Aguirre, Executive Director, Board for Correction, to Lisa Flynn, transmitting and briefly describing board's decision and (2) May 11, 2006 board decision (previously included in supplement to Administrative Record).<br><br>Attachment 1 (May 18, 2006) is privileged (Attorney Client; Attorney Work Product) and is not part of Administrative Record (post decision document). |

| | | | | | |
|---|---|---|---|---|---|
| 2 | 4/28/06 | Denise Canton (HHS) | Lisa Flynn<br>(cc: Beverly Dart (HHS/OGC), Gregory Stevens (HHS) | Attorney-Client; Attorney Work Product | Transmittal email marked "Draft Advisory Opinion: Attorney Client Privilege," discussing anticipated decision in another matter and contents of attachment, and requesting legal review and comment. Attachment: (1) Draft memorandum – marked Confidential Draft-Privileged-In Anticipation of Litigation, revised April 28, 2006 – to Executive Secretary, Board for Correction from Director Office of Commissioned Corps Operations ("OCCO") re: Remand of Brooks v. U.S., Case No. 03-2470. Attachment 1 contains a draft discussion by OCCO of Court's seven questions on remand.<br><br>Attachment 1 is privileged (Attorney Client; Attorney Work Product). Attachment 1 was not provided to Board during remand. |

| | | | | | |
|---|---|---|---|---|---|
| 3 | 9/12/06 | Dan Clutch | Lisa Flynn | Attorney-Client; Attorney Work Product | Transmittal email (responding to 9/12/06 email from Lisa Flynn to Dan Clutch), discussing what was and was not provided to the Board for consideration in connection with second remand. Attachments: (1) 6/15/06 email from Dan Clutch to Lisa Flynn (cc: Denies Canton, David Elizalde) transmitting (a) emails contained in June 23, 2006 Supplement to Administrative Record and (b) faxed copy of Board minutes contained in June 23, 2006 Supplement to Administrative Record; (2) May 8, 2006 email from Dan Clutch to John F. Aguirre, Executive Director of Board (responding to May 8, 2006 email from Mr. Clutch from Mr. Aguirre, cc: Tim Brown), transmitting (a) draft Board minutes; (3) May 9, 2006 email from Dan Clutch to Chris Degraw (HRSA), Kenneth D. Cannon (IHS/HQE); Edward W. Dacey (CDC/NIOSH/OD) (cc: John F. Aguirre), transmitting (a) draft Board minutes.<br><br>September 12, 2006 email from Ms. Flynn to Mr. Clutch and Attachment 1, above (6/15/06 email from Dan Clutch to Lisa Flynn ), are privileged (Attorney Client; Attorney Work Product). Attachments 1(a) and (b) copies of attachments 1(a) and (b) were included in the Supplement to the Administrative Record and, therefore, are not at issue. Attachments 2, 2(a), 3, and 3(a) are being provided in a supplement to the administrative record. |

| | | | | | |
|---|---|---|---|---|---|
| 4 | Various | | | Attorney-Client; Attorney Work Product | Email string: (1) Dan Clutch to Lisa Flynn (Sept. 13, 2006), and (2) Lisa Flynn to Dan Clutch (Sept. 12, 2006). Both emails discuss transmittal of copy of OCCO submission on second remand. |
| 5 | 6/14/06 | Lisa Flynn | Dan Clutch | Attorney-Client; Attorney Work Product | Email requesting copies of documents and discussing filing of administrative record. |
| 6 | Various | | | Attorney-Client; Attorney Work Product | Email string: (1) Lisa Flynn to Dan Clutch (June 14, 2006); (2) Dan Clutch to Lisa Flynn (June 15, 2006); and (3) Lisa Flynn to Dan Clutch (June 15, 2006). Same subject matter as in Entry No. 5, above. |
| 7 | 9/21/06 | Lisa Flynn | Dan Clutch; cc: R. Schroeder (DOJ) | Attorney-Client; Attorney Work Product | Email discussing compilation of supplemental administrative record and declaration. Attachment: (1) Unsigned draft declaration of Dan Clutch (June __, 2006) certifying administrative record. |

| | | | | | |
|---|---|---|---|---|---|
| 8 | Various | | | Attorney-Client; Attorney Work Product | Email string: (1) Lisa Flynn to Dan Clutch (cc: R. Schroeder) (June 21, 2006), discussing compilation of administrative record and declaration certifying record, and (2) Dan Clutch to Lisa Flynn (cc: R. Schroeder) (June 23, 2006), discussing transmittal of declaration certifying record. |
| 9 | Various | | | Attorney-Client; Attorney Work Product | Email string: (1) Lisa Flynn to Dan Clutch (cc: R. Schroeder) (June 21, 2006), discussing compilation and filing of administrative record and declaration certifying record; (2) Lisa Flynn to Dan Clutch (cc: R. Schroeder), discussing signing of declaration; (3) R. Schroeder to Lisa Flynn (cc: K. Huntington, DOJ) discussing declaration certifying administrative record. Attachment: Draft Declaration of Dan Clutch (June __, 2006). |

| No. | Date | Author | Recipient (s) | Privilege | Description |
|---|---|---|---|---|---|
| 10 | Various | | | Attorney-Client; Attorney Work Product (Document post decision of Board and therefore not part of Adm. Rec.) | Email String: (1) Lisa Flynn to Dan Clutch (cc: R. Schroeder) (June 21, 2006), discussing compilation and filing of administrative record and declaration certifying record; (2) Lisa Flynn to Dan Clutch (cc: R. Schroeder; K. Huntington (June 23, 2006), discussing transmittal of declaration certifying record; (3) R. Schroeder to L. Flynn (cc: K. Huntington), discussing declaration certifying record; (4) L. Flynn to D. Clutch (cc: K. Huntington) (June 24, 2006), discussing declaration, and transmittal and filing thereof; (5) D. Clutch to L. Flynn (cc: K. Huntington) discussing transmittal of declaration; (6) L. Flynn to D. Clutch (cc: (June 25, 2006), acknowledging receipt of previous email Entry 10(5), above. |

| | | | | | |
|---|---|---|---|---|---|
| 11 | 9/12/06 | Lisa Flynn | Dan Clutch | Attorney-Client; Attorney Work Product<br><br>(Document post decision of Board and therefore not part of Adm. Rec.) | Email discussing search of files for administrative record documents. Also discusses transmittal of OCCO submission. |
| 12 | 9/12/06 | Lisa Flynn | Dan Clutch | Attorney-Client; Attorney Work Product<br><br>(Document post decision of Board and therefore not part of Adm. Rec.) | Email string: (1) same as entry 11, immediately above; (2) transmittal of OCCO submission. |

| | | | | | |
|---|---|---|---|---|---|
| 13 | Various | | | Attorney-Client; Attorney Work Product<br><br>(Document post decision of Board and therefore not part of Adm. Rec.) | Email string including various entries included previously on this log. |
| 14 | 4/4/06 | Lisa Flynn | Philip Vanlandingham, Deputy Assistant Secretary for Program Support | Attorney-Client; Attorney Work Product | Email transmitting remand order and discussing procedural and scheduling matters. |

| | | | | | |
|---|---|---|---|---|---|
| 15 | 4/4/06 | | | Attorney-Client; Attorney Work Product | Email String: (1) same as entry 14, above; (2) & (3) emails from P. Vanlandingham to L. Flynn discussing scheduling telephone call.<br><br>Prepared in anticipation of litigation. |
| 16 | Various | | | Attorney-Client; Attorney Work Product | E-mail string: (1), (2) & (3) same as entries 14 and 15 above; (4) L. Flynn to P. Vanlandingham (April 5, 2006) confirming time for telephone call.<br>Prepared in anticipation of litigation. |
| 17 | 4/5/06 | P. Vanlandingham | L. Flynn | Attorney-Client; Attorney Work Product | Email discussing telephone number. |
| 18 | 4/6/06 | P. Vanlandingham | L. Flynn | Attorney-Client; Attorney Work Product | Email string: (1) same as entry 17, above; (2) email discussing phone number and time for meeting. |

| No. | Date | Author | Recipient (s) | Privilege | Description |
|---|---|---|---|---|---|
| 19 | Various | | | Attorney-Client; Attorney Work Product<br><br>(Document post decision of Board and therefore not part of Adm. Rec.) | Email String: (1) Lisa Flynn to Dan Clutch (cc: R. Schroeder) (June 21, 2006), discussing compilation and filing of administrative record and declaration certifying record; (2) Lisa Flynn to Dan Clutch (cc: R. Schroeder; K. Huntington (June 23, 2006), discussing transmittal of declaration certifying record; (3) R. Schroeder to L. Flynn (cc: K. Huntington) (June 23, 2006), discussing declaration certifying record; (4) L. Flynn to D. Clutch (cc: K. Huntington) (June 24, 2006), discussing declaration, and transmittal and filing thereof; (5) D. Clutch to L. Flynn (cc: K. Huntington) discussing transmittal of declaration; (6) L. Flynn to D. Clutch (cc: (June 25, 2006), acknowledging receipt of previous email Entry 10(5), above. |
| 20 | 6/15/06 | Dan Clutch | Lisa Flynn | Attorney-Client; Attorney Work Product | Email retransmitting, as attachments, minutes previously provided. No attachments. |

| | | | | | |
|---|---|---|---|---|---|
| 21 | 6/21/06 | Dan Clutch | Lisa Flynn | Attorney-Client; Attorney Work Product | Email apparently responding to another email as confirmation. |

* Items 4-21 above consist of email traffic that were not part of Board record.