# In the United States Court of Federal Claims

| | | |
|---|---|---|
| ANTHONY J. BROOKS, | ) | |
| *Plaintiff,* | ) | |
| v. | ) | No. 03-2470 |
| UNITED STATES, | ) | |
| *Defendant.* | ) | Judge Wolski |

## REQUEST FOR PRODUCTION OF DOCUMENTS

In accordance with Rule 34, plaintiff requests that defendant produce the documents listed below for inspection at 10:00 a.m., Monday, November 6, 2006, at the law offices of Feldesman Tucker Leifer Fidell LLP, 2001 L Street, N.W., Second Floor, Washington, DC 20036. In the alternative, defendant may provide the undersigned counsel of record, by messenger, true copies thereof at or before the time indicated. Numbers of the documents referred to below correspond to the numbers in the first column of defendant's privilege logs.

A. The following documents listed in the privilege log defendant filed with the Court in the above-styled action on January 25, 2006:

1. Items 2 and 3 in the "email string" identified in the privilege log, each of which was furnished to Denise Canton, and the Attachment (a December 21, 2005 memorandum from Denise Canton).

3. Items 2, 3, 4, and 5. Items 2-4 were memoranda to Denise Canton. Item 5 was *Federal Register* extracts.

B. The following documents listed in Privilege Log No. 2 defendant filed electronically with the Court in the above-styled action on September 22, 2006:

1. All documents included under this number of which copies were furnished to Denise Canton.

3. Attachment 1, a June 15, 2006 email, of which a copy was furnished to Denise Canton, with Attachments (a) and (b) thereto as listed in Privilege Log No. 2.

Respectfully submitted,

Eugene R. Fidell
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202) 466-8960 tel
(202) 293-8103 fax
efidell@feldesmantucker.com

*Attorney of Record for Plaintiff*

*Of Counsel:*

Matthew S. Freedus

October 5, 2006

Certificate of Service

I declare under penalty of perjury that I have, this 5th day of October, 2006, served the foregoing Request for Production of Documents by mailing two copies thereof to Richard P. Schroeder, Esq., Commercial Litigation Branch, Civil Division, Department of Justice, 1100 L Street, N.W., Attn: Classification Unit, 8th Floor, Washington, D.C. 20530. A copy has also been emailed to Mr. Schroeder.

Eugene R. Fidell