IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANTHONY J. BROOKS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 03-2470C |
| | ) | (Judge Wolski) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT
<u>OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL</u>

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of 11 days, from November 20, 2006, through and including December 1, 2006, to respond to plaintiff's motion to compel. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel does not oppose this request.

In addition to this case, counsel of record for the Government is responsible for numerous other matters that have required his attention in recent weeks, or will require his attention in the coming days, including, but not limited to: (1) <u>Hooker v. United States</u>, Fed. Cl. No. 03-1501C (reply to plaintiff's opposition to Government cross-motion for summary judgment filed on November 9, 2006); (2) <u>Bland v. United States</u>, Fed. Cl. No. 04-557C (participated in full day ADR session on November 15, 2006 regarding <u>Bland</u> and six related cases); (3) <u>McKing Consulting Corp. v. United States</u>, 06-766C (performed numerous tasks relating to bid protest assigned to undersigned

counsel on November 13, 2006); (4) China Processed Food Import & Export Co., CIT No. 04-503 (Government's supplemental brief regarding plaintiff's motion for judgment upon the agency record due November 20, 2006); and (5) Patrick v. United States, Fed. Cir. No. 06-7254 (Government's brief due November 21, 2006). Accordingly, an enlargement of time is necessary to enable undersigned counsel can fulfill his responsibilities in this case and the other matters assigned to him.

## CONCLUSION

For the foregoing reasons, we respectfully request an additional enlargement of time of 11 days, to and including December 1, 2006, to file our response to plaintiff's motion to compel.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

***s/Bryant G. Snee***
BRYANT G. SNEE
Assistant Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

November 20, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 20th day of November, 2006, "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE RESPONSE TO MOTION TO COMPEL," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder