# In the United States Court of Federal Claims

No. 03-2470C
(Filed November 27, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
*
**ANTHONY J. BROOKS,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed defendant's unopposed motion for an enlargement of time in which to respond to plaintiff's motion to compel. The motion is hereby **GRANTED**. Defendant shall respond to plaintiff's motion to compel on or by **December 1, 2006**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge