IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANTHONY J. BROOKS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 03-2470C |
| | ) | (Judge Wolski) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT
<u>OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL</u>

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of five days, from December 1, 2006, through and including December 6, 2006, to respond to plaintiff's motion to compel. We previously have been granted an 11 day enlargement for this purpose. Plaintiff's counsel does not oppose this request.

Prior to responding to the motion to compel, counsel for the Government must further confer with agency counsel; perform additional research; complete drafting our response; submit the response for internal review; and make any additional changes that may become necessary as a result.

Counsel had hoped to file the response by the current deadline. However, counsel is responsible for numerous other pressing matters that have required his attention in recent days, including, among others: (1) <u>Hooker v. United States</u>, Fed. Cl. No. 03-1501C (argument upon plaintiff's motion to strike declarations submitted with Government's cross-motion for summary

judgment conducted on November 29, 2006); (2) McKing Consulting Corp. v. United States, 06-787C (performed numerous tasks relating to second bid protest filed in as many weeks by McKing); (3) China Processed Food Import & Export Co., CIT No. 04-503 (Government's supplemental brief regarding plaintiff's motion for judgment upon the agency record filed November 20, 2006); (4) Patrick v. United States, Fed. Cir. No. 06-7254 (Government's brief filed November 21, 2006); and (5) Lockheed Martin Corp. v. United States, Fed. Cl. No. 06-688C (Government's answer filed December 1, 2006). Accordingly, a brief additional enlargement of time is necessary.

## CONCLUSION

For the foregoing reasons, we respectfully request an additional enlargement of time of five days, to and including December 6, 2006, to file our response to plaintiff's motion to compel.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

***s/Bryant G. Snee***
BRYANT G. SNEE
Assistant Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

December 1, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 1st day of December, 2006, "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE RESPONSE TO MOTION TO COMPEL," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder