# In the United States Court of Federal Claims

No. 03-2470C
(Filed January 11, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * *

**ANTHONY J. BROOKS,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

As discussed during the hearing held today on plaintiff's motion to compel, the Court has determined the following:

1. The Court will conduct an inspection *in camera* of certain documents that the government asserts are privileged. Defendant shall submit unredacted copies to the Court on or by **Wednesday, January 17, 2007**, and shall clearly identify the portions it contends are privileged. The documents the Court will review are:

(a) Privilege Log #1, No. 1, Email No. 2 ("Dec. 20, 2005 e-mail from J. Cocco to Denise Canton (cc: Dan Clutch) regarding [additional information relevant to two inquires in remand order]");

(b) Privilege Log #1, No. 3, Att. 2 ("January 16, 2001 memo from T. White, Associate General Counsel, to Capt. Denise Canton, Senior Advisor, Div. Of Commissioned Personnel regarding BCCCR case of another employee");

(c) Privilege Log #1, No. 3, Att. 3 ("Sept. 15, 2000 fax cover sheet to Tim White, OGC from D. Canton, Chief Legal Advisor, Div. of Commissioned Personnel re: transmittal of legal opinion of Debra Harris regarding Privacy Act issues");

(d) Privilege Log #1, No. 3, Att. 4 ("April 28, 2000 memorandum, from D. Harris to D. Canton");

(e) Privilege Log #2, No. 1 ("Transmittal email discussing scheduling issue and

documents being transmitted to Ms. Flynn");

(f) Privilege Log #2, No. 1, Att. 1 ("May 18, 2006 letter from John F. Aguirre, Executive Director, Board for Correction, to Lisa Flynn, transmitting and briefly describing board's decision"); and

(g) Privilege Log #2, No. 3, Att. 1 ("6/15/06 email from Dan Clutch to Lisa Flynn").

2. Defendant shall produce certain documents to plaintiff in which the government is not asserting privilege, if the documents have not already been released to plaintiff. These documents are:

(a) Privilege Log #1, No. 1, Email No. 3 ("Dec. 21, 2005 e-mail from G. Stevens to Joe Cocco (cc: D. Clutch, D. Canton; J. Moore (OS)) transmitting responses");

(b) Privilege Log #1, No. 1, Attachment ("Dec. 21, 2005 memorandum (not privileged) to Executive Secretary, BCCCR, from D. Canton, Director, Office of Commissioned Crops [sic] Operations, re: two inquires discussed above");

(c) Privilege Log #2, No. 1, Att. 2 ("May 11, 2006 board decision");

(d) Privilege Log #2, No. 3, Att. 1(a) ("emails contained in June 23, 2006 Supplement to Administrative Record"); and

(e) Privilege Log #2, No. 3, Att. 1(b) ("faxed copy of Board minutes contained in June 23, 2006 Supplement to Administrative Record").

3. The Court **DENIES** plaintiff's request to compel defendant to produce Privilege Log #1, No. 3, Att. 5 ("Federal Register excerpts").

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge