IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANTHONY J. BROOKS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 03-2470C |
| | ) | (Judge Wolski) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME, OUT OF TIME, TO SUBMIT DOCUMENTS FOR IN CAMERA REVIEW

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time, out of time, of eight days, from January 17, 2007, through and including January 25, 2007, to submit certain documents to the Court for in camera review. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel does not oppose this request.

On Thursday, January 11, 2007, this Court directed the Government to submit the documents for in camera review. Counsel had intended to prepare the documents for submission early the following week. However, counsel's office was closed on Monday, January 15, and counsel unexpectedly was required to be out of the office on medical leave on Tuesday and Wednesday, January 17, 2007. Further, because counsel was home on medical leave, he did not have access to his calendar. As a result of these unanticipated circumstances, counsel did not submit the documents, or an enlargement motion, by January 17.

A brief enlargement of time is requested to provide counsel with the opportunity to prepare the documents for submission to the Court. In addition to this case, counsel is responsible for numerous other pressing matters that will require his attention in the coming days, including, but not limited to: (1) Davis v. United States, Fed. Cl. No. 06-507C (Government's response to amended complaint due January 22, 2007); (4) Hoh River Timber Co. v. United States, Fed. Cl. No. 06-418C (joint preliminary status report due January 23, 2007); (5) Bland v. United States, Fed. Cl. No. 04-557C (ADR before a settlement judge scheduled for January 24, 2007 regarding Bland and six related cases); and Rome Research Corp. v. United States, Fed. Cl. No. 06-377C (anticipate responding to complaint on or before January 26, 2007).

Counsel apologizes for any inconvenience cause by this request. We will endeavor to submit the documents at the earliest opportunity.

## CONCLUSION

For the foregoing reasons, we respectfully request an enlargement of time of eight days, to and including January 25, 2007, to submit the documents for *in camera* review.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

***s/Bryant G. Snee***
BRYANT G. SNEE
Assistant Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

January 18, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 18th day of January 2007, "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME, OUT OF TIME, TO SUBMIT DOCUMENTS FOR IN CAMERA REVIEW," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder