# In the United States Court of Federal Claims

No. 03-2470C
(Filed January 22, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * *
*
**ANTHONY J. BROOKS,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's unopposed motion for an enlargement of time in which to submit documents for *in camera* review is **GRANTED**. Defendant may submit the documents to Chambers on or before January 25, 2007.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge