**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ANTHONY J. BROOKS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2470C |
| THE UNITED STATES, | ) | (Judge Wolski) |
| Defendant. | ) | |

**NOTICE OF SUBMISSION OF DOCUMENTS FOR *IN CAMERA* INSPECTION**

Defendant, the United States, respectfully submits, for in camera inspection, the documents identified in the Court's January 11, 2007 order, which previously were included in privilege logs filed by the Government. Defendant contends that the Government is entitled to withhold, as privileged, each document in its entirety. This notice is being filed electronically without enclosures. A copy of this notice, with enclosures, is being provided directly to Chambers.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

***s/Bryant G. Snee***
***by BMS***
BRYANT G. SNEE
Assistant Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Facsimile: (202) 305-3291
email: richard.schroeder@usdoj.gov

January 25, 2007

Attorneys for Defendant

## CERTIFICATE OF FILING OF PRIVILEGE LOG NO. 2

I hereby certify under penalty of perjury that on this 25th day of January 2007, the attached NOTICE OF SUBMISSION OF DOCUMENTS FOR IN CAMERA INSPECTION was filed electronically (without enclosures). I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder