# In the United States Court of Federal Claims

| | | |
|---|---|---|
| ANTHONY J. BROOKS, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. 03-2470 |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| *Defendant.* | ) | Judge Wolski |

PLAINTIFF'S SUPPLEMENT TO RULE 52.2(b)(4) NOTICE

On June 6, 2006, after defendant filed the May 11, 2006 decision of the Board for Correction of PHS Commissioned Corps Records, Captain Brooks submitted a Notice in accordance with then-Rule 56.2(b)(4) (now Rule 52.2(b)(4)). Thereafter, the Court was called upon to resolve a discovery dispute, which it did on April 23, 2007. The directed discovery having been made, we request that the Court prescribe a briefing schedule for dispositive motions under Rule 52.1(b).

Respectfully submitted,

/s/
Eugene R. Fidell
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202) 466-8960 tel
(202) 293-8103 fax
efidell@feldesmantucker.com

*Attorney of Record for Plaintiff*

*Of Counsel*:

Matthew S. Freedus

May 30, 2007

Certificate of Service

I hereby certify that on this 30th day of May, 2007, a copy of the foregoing Supplement to Rule 52.2(b)(4) Notice was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/
Eugene R. Fidell