# In the United States Court of Federal Claims

No. 03-2470C
(Filed June 1, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * *

**ANTHONY J. BROOKS,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On May 30, 2007, plaintiff requested that the Court prescribe a briefing schedule for dispositive motions under Rule 52.1(b) of the Rules of the United States Court of Federal Claims. The Court requests that counsel for the parties confer and produce a joint status report containing a proposed schedule for further proceedings in this case. The joint status report shall be filed on or before **June 18, 2007**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge