# In the United States Court of Federal Claims

| | | |
|---|---|---|
| ANTHONY J. BROOKS,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>No. 03-2470<br><br><br><br>Judge Wolski |

JOINT STATUS REPORT

In accordance with the Court's Order of June 1, 2007, the parties propose the following briefing schedule:

Captain Brooks will file a motion for judgment on the administrative record no later than June 22, 2007. Defendant shall file its response and cross-motion (if any) by July 25, 2007. Thereafter, briefing shall be in accordance with RCFC 7.2.

I am authorized (by Richard Schroeder, Esq.) to state that defendant joins in this Status Report.

Respectfully submitted,

/s/
Eugene R. Fidell
Feldesman Tucker Leifer Fidell LLP
2001 L Street, N.W., Second Floor
Washington, D.C. 20036
(202) 466-8960 tel
(202) 293-8103 fax
efidell@feldesmantucker.com

*Attorney of Record for Plaintiff*

*Of Counsel*:

Matthew S. Freedus

June 7, 2007

Certificate of Service

I hereby certify that on this 7th day of June, 2007, a copy of the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/
Eugene R. Fidell