# In the United States Court of Federal Claims

No. 03-2470C
(Filed June 13, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * *

**ANTHONY J. BROOKS,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court has reviewed the joint status report submitted by the parties on June 7, 2007, and adopts the schedule it sets forth. Accordingly, plaintiff shall file his motion for judgment on the administrative record on or by **June 22, 2007**. Defendant shall file its response and its cross-motion, if any, on or by **July 25, 2007**. Further briefing shall follow the schedule dictated by Rule 7.2 of the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge