IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANTHONY J. BROOKS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 03-2470C |
| | ) | (Judge Wolski) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN
ENLARGEMENT OF TIME TO RESPOND TO
PLAINTIFF'S MOTION FOR JUDGMENT UPON THE ADMINISTRAIVE RECORD

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of 21 days, from July 25, 2007, through and including August 15, 2007, to file our response and cross-motion, if any, to plaintiff's motion for judgment upon the administrative record. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel does not oppose this request.

We recently received a draft brief from the agency. However, additional work needs to be performed before filing the brief, including making revisions and submitting the brief for internal review. In addition, undersigned counsel of record for the Government is responsible for the following matters that have required attention, or will require attention in the coming weeks: (1) Oak Environmental Consultants, Inc. v. United States, Fed. Cl. No. 16-113C (Government's reply and opposition to plaintiff's cross-motion for summary judgment filed July 9,

2007); (2) Rome Research Corp. v. United States, Fed. Cl. No. 06-377 (served responses to plaintiff's second requests for production of documents, second interrogatories, and first requests for admissions, July 20, 2007; responses to additional discovery requests and requests for admissions due July 30, 2007); (3) Friedman v. United States, Fed. Cl. No. 05-1355 (Government's response to plaintiff's motion to reconsider, vacate and set aside order dismissing complaint due July 26, 2007); (4) Willsey v. Department of Veterans Affairs, Fed. Cir. No. 07-7095 (Government's brief due July 27, 2007) (5) Agro Dutch Industries, Ltd. v. United States, CIT No. 02-499 (Government's response to plaintiff's comments regarding remand results due August 3, 2007); and Ivy v. United States, Fed. Cir. No. 07-7171 (Government's informal brief due August 3, 2007).

## CONCLUSION

For the foregoing reasons, we respectfully request an additional enlargement of time, to and including August 15, 2007, to file our response and cross motion, if any.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/Bryant G. Snee* by DAB**
BRYANT G. SNEE
Deputy Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7788

Attorneys for Defendant

July 25, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 25th day of July 2007, "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR JUDGMENT UPON THE ADMINISTRAIVE RECORD ," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder