IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANTHONY J. BROOKS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 03-2470C |
| | ) | (Judge Wolski) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN
ENLARGEMENT OF TIME TO RESPOND TO
PLAINTIFF'S MOTION FOR JUDGMENT UPON THE ADMINISTRAIVE RECORD

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of 21 days, from August 15, 2007, through and including September 5, 2007, to file our response and cross-motion, if any, to plaintiff's motion for judgment upon the administrative record. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel does not oppose this request.

Counsel had hoped to be able to meet the current deadline for filing our response. However, undersigned counsel of record for the Government also is responsible for the following matters that have required attention, or will require attention in the coming weeks: (1) Friedman v. United States, Fed. Cl. No. 05-1355C (Government's response to plaintiff's motion to reconsider, vacate and set aside order dismissing complaint filed July 26, 2007); (2) Willsey v. Department of Veterans Affairs, Fed. Cir. No. 2007-7095 (Government's brief filed July 27, 2007);

(3) Nguyen v. Secretary of Agriculture, CIT No. 06-138 (response to plaintiff's comments on remand redetermination filed on August 8, 2007); Nucor Corp. v. United States, CIT No. 07-174 (motion to dismiss and response to plaintiff's motion for a preliminary injunction filed on August 10, 2007); (5) Agro Dutch Industries, Ltd. v. United States, CIT No. 02-499 (Government's response to plaintiff's comments regarding remand results due August 21, 2007); (6) Patrick v. United States, Fed. Cir. No. 06-7254 (expect to file opposition to motion to reissue opinion as precedential on August 16, 2007; any petition for a rehearing due on or before August 29, 2007); (7) Ivy v. United States, Fed. Cir. No. 07-7171 (Government's informal brief due August 23, 2007); and (8) Hooker v. United States, Fed. Cl. Nos. 03-1501C, 04-1126C (trial scheduled September 12-September 14, 2007; Government's pretrial filings due August 17, 2007).

In addition, dozens of international trade cases recently have been reassigned to undersigned counsel, some of which have required immediate attention. Due to the extraordinary number of matters that have required or will require counsel's attention, it has become necessary to seek an enlargement of time in this matter.

CONCLUSION

For these reasons, we respectfully request an additional enlargement of time, to and including September 5, 2007, to file our response and cross motion, if any.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/Bryant G. Snee*** **by PMM**
BRYANT G. SNEE
Deputy Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7788

Attorneys for Defendant

August 15, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 15th day of August 2007, "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR JUDGMENT UPON THE ADMINISTRAIVE RECORD ," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder