# In the United States Court of Federal Claims

No. 03-2470C
(Filed August 31, 2007)

* * * * * * * * * * * * * * * * * * * * * * *

**ANTHONY J. BROOKS,** *

Plaintiff, *

v. *

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has received the defendant's unopposed motion for an enlargement of time to respond to plaintiff's motion for judgment upon the administrative record. The defendant's motion is **GRANTED**. Defendant shall file its response on or by **September 5, 2007**.

**IT IS SO ORDERED.**

**VICTOR J. WOLSKI**
Judge