IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANTHONY J. BROOKS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 03-2470C |
| | ) | (Judge Wolski) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN
ENLARGEMENT OF TIME TO RESPOND TO
PLAINTIFF'S MOTION FOR JUDGMENT UPON THE ADMINISTRAIVE RECORD

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of 30 days, from September 5, 2007, through and including October 5, 2007, to file our response and cross-motion, if any, to plaintiff's motion for judgment upon the administrative record. We previously have been granted two enlargements totaling 42 days for this purpose. Plaintiff's counsel has indicated that plaintiff opposes this request.

Counsel had hoped to be able to meet the current deadline for filing our response. However, on August 17, 2007, counsel was assigned a bid protest, American Defense Systems, Inc. v. United States, Fed. Cl. No. 07-616C, involving a challenge to a contract to provide the Navy with certain equipment to protect the lives of Navy personnel operating in combat areas. That case required counsel's immediate attention, and the administrative record must be filed by August 31, 2007. Further, the briefing schedule in that case calls for the Government to file its

response to plaintiff's motion for judgment upon the administrative record and cross-motion on or before September 21, 2007, and to file its reply on or before October 12, 2007. In addition, counsel plans to be on leave on September 4 and September 5, 2007. Further, counsel must be in South Carolina from September 10 through September 14, 2007 for a September 12-September 14 trial in Hooker v. United States, Fed. Cl. Nos. 03-1501C, 04-1126C.

In addition, undersigned counsel is responsible for the following additional matters, among others, that recently have required his attention, or that will require his attention: (1) Patrick v. Department of Veterans Affairs, Fed. Cir. No. 06-7254 (Government's response to claimant's motion for issuance of a precedential opinion filed August 22, 2007); (4) Ivy v. United States, Fed. Cir. No. 07-7171 (Government's opposition to plaintiff's motion for judgment on agency record filed August 30, 2007); and (3) Ekincler Demir ve Celik Sanayi A.S. v. United States, CIT No. 06-440 (Government's response to plaintiff's motion for judgment upon the agency record due September 7, 2007; enlargement to be sought). Further, counsel has been assigned dozens of international trade cases, many of which have required attention as well.

We apologize for having to seek another enlargement. However, because of the extraordinary number of deadlines and

other responsibilities that counsel has faced, or is facing, in a short time period, it is necessary to seek an enlargement of time so that the brief can be completed and submitted for the required review.

CONCLUSION

For these reasons, we respectfully request an additional enlargement of time, to and including October 5, 2007, to file our response and cross motion, if any.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/Bryant G. Snee*** **by SJG**
BRYANT G. SNEE
Deputy Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7788

Attorneys for Defendant

August 31, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 31st day of August 2007, "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR JUDGMENT UPON THE ADMINISTRAIVE RECORD ," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder