# In the United States Court of Federal Claims

No. 03-2470C
(Filed September 5, 2007)

* * * * * * * * * * * * * * * * * * * * * * *

**ANTHONY J. BROOKS,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court has reviewed the defendant's motion seeking an enlargement of time to respond to plaintiff's motion for judgment upon the administrative record and to file a cross-motion (hereinafter "defendant's response"). The defendant has already received two extensions of time to respond to plaintiff's motion, totaling forty-two days. While the Court is sympathetic to the workload difficulty of the defendant's counsel, the Court is also mindful of the fact that the instant case does not appear to be one in which the plaintiff is eligible for prejudgment interest on any award. As a consequence, the Court is reluctant to grant the full amount of time requested by the defendant. Recognizing the pressing attention of the defendant's counsel's bid protest matter, as well as the five days consumed by the scheduled trial, the Court **GRANTS** an enlargement of time of **fifteen days**. Defendant's response shall be filed on or before **September 20, 2007**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge