IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANTHONY J. BROOKS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 03-2470C |
| | ) | (Judge Wolski) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN
ENLARGEMENT OF TIME TO RESPOND TO
PLAINTIFF'S MOTION FOR JUDGMENT UPON THE ADMINISTRAIVE RECORD

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of four days, from September 20, 2007, through and including September 24, 2007, to file our response and cross-motion concerning plaintiff's motion for judgment upon the administrative record. We previously have been granted three enlargements totaling 57 days for this purpose. Plaintiff's counsel has indicated that plaintiff does not oppose this request.

Counsel had intended to meet the current deadline and has prepared a draft response and cross-motion. However, additional time is needed to allow the internal review process to be completed, to make any changes that may be required as a result, and to prepare the brief for electronic filing. Therefore, a brief enlargement of time of four days is sought.

This motion was not filed sooner because counsel did not learn until this afternoon that an extension of time would be

required. An extension of four days is sought because counsel must leave the office early on Friday, September 21, 2007, for a medical appointment. We apologize for any inconvenience caused as a result of this request.

CONCLUSION

For these reasons, we respectfully request an additional enlargement of time, to and including September 24, 2007, to file our response and cross-motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/Bryant G. Snee by SJG***
BRYANT G. SNEE
Deputy Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7788

Attorneys for Defendant

September 20, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 20st day of September 2007, "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR JUDGMENT UPON THE ADMINISTRAIVE RECORD ," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder