IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ANTHONY J. BROOKS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 03-2470C |
| | ) | (Judge Wolski) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
AN ENLARGEMENT OF TIME TO RESPOND TO
PLAINTIFF'S MOTION FOR JUDGMENT UPON THE ADMINISTRAIVE RECORD

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of one additional day, from September 24, 2007, through and including September 25, 2007, to file our response and cross-motion concerning plaintiff's motion for judgment upon the administrative record. We previously have been granted four enlargements totaling 61 days for this purpose. Plaintiff's counsel has indicated that plaintiff does not oppose this request.

It is necessary to have all substantive filings reviewed through our internal review process before they are filed with the Court. Although undersigned counsel had expected to submit the response and cross-motion today, and previously submitted a draft for review, the review process still has not been completed. Therefore, counsel is not in a position to file the response and cross-motion. Accordingly, an enlargement of time of one addition day is requested.

We apologize for any inconvenience caused to the Court or plaintiff as a result of this request. Counsel did not submit this motion earlier because he did not know an extension would be required until late afternoon on September 24, 2007.

CONCLUSION

For these reasons, we respectfully request an additional enlargement of time, to and including September 25, 2007, to file our response and cross-motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/Bryant G. Snee by SJG***
BRYANT G. SNEE
Deputy Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7788

Attorneys for Defendant

September 24, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 24st day of September 2007, "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR JUDGMENT UPON THE ADMINISTRAIVE RECORD ," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder