# In the United States Court of Federal Claims

No. 03-2470C
(Filed September 25, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
*
**ANTHONY J. BROOKS,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has received the defendant's unopposed motion for an enlargement of time to respond to plaintiff's motion for judgment upon the administrative record. The defendant's motion is **GRANTED**. Defendant shall file its response on or by **September 25, 2007**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge