# In the United States Court of Federal Claims

No. 03-2470C
(Filed November 9, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
*
**ANTHONY J. BROOKS**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES**, *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

A hearing on the plaintiff's motion for judgment on the administrative record and defendant's cross-motion for judgment on the administrative record will be held Wednesday, January 9, 2008, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The hearing will begin at 10:00 a.m.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge